Max G. Talheim et al. *v.* Zoning Hearing Board of Lower Allen Township et al. Lower Allen Township, Appellant.

Argued September 14, 1978, before Judges MENCER, DISALLE and MACPHAIL, sitting as a panel of three.

*Robert E. Yetter*, with him *Metzger, Wickersham, Knauss & Erb*, for appellant.

*Luther E. Milspaw, Jr.*, with him *McNees, Wallace & Nurick*, for appellee.

PER CURIAM OPINION, December 27, 1978:

This is an appeal from an order of the Court of Common Pleas of Cumberland County, sitting en banc, sustaining the appeal of Max G. Talheim, Lorraine Talheim and Park Hills West, Inc., from a decision of the Zoning Hearing Board of Lower Allen Township and ordering that an occupancy permit be issued. After a careful review of the record, we affirm on the basis of the opinion of the learned trial judge, Honorable SYLVIA H. RAMBO, which opinion is reported at 27 Cumberland Law Journal 217 (1976).

Judge DISALLE concurs in the result only.

PER CURIAM ORDER

AND Now, this 27th day of December, 1978, the order of the Court of Common Pleas of Cumberland County, dated April 26, 1977, is affirmed hereby on the opinion of Judge RAMBO reported at 27 Cumberland Law Journal 217 (1976).